NEW-YORK,
Nov. 1810.

SLOSSON
v.
BEADLE.

Where A. in consideration of 500 dollars, paid in full, for 50 acres of land, covenanted to convey the land to B by a good and sufficient deed, on or before a certain day, or in lieu thereof, to pay him 800 dollars; it was held, that B. was entitled to recover on a breach of the covenant, the 800 dollars, with interest; the same being in the nature of liquidated damages, and not a penalty.

SLOSSON *against* BEADLE.

THIS was an action of covenant, brought on an agreement, by which the defendant, on the 1st of *August*, 1807, in consideration of 500 dollars, received in full for 50 acres of land, covenanted and agreed with the plaintiff, by a good warranty deed, on or before the 1st of *August*, then next, to convey the 50 acres of land, or in lieu thereof, to pay the plaintiff 800 dollars, &c.

At the *Cayuga* circuit, a verdict was taken for the plaintiff, by consent, for 913 dollars and 16 cents, subject to the opinion of the court, whether the plaintiff was entitled to recover the 800 dollars, or only the 500 dollars, with interest.

The case was submitted to the court, without argument.

*Per Curiam.* The 800 dollars were evidently intended to be liquidated damages, and were not inserted as a penalty. The defendant had received the consideration of 500 dollars; and at the end of the year he was to convey, *or in lieu thereof*, pay the 800 dollars. This was an alternative reserved for his election.

The verdict ought, therefore, to stand, and judgment to be rendered for the plaintiff.

Judgment for the plaintiff.